## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE FREEMAN,** | : |
|     Plaintiff, | : |
| | : |
| v. | :   No. 22-cv-3518 |
| | : |
| **ALLENTOWN SCHOOL DISTRICT,** | : |
|     Defendant. | : |

## O R D E R

AND NOW, this 12th day of December, 2022 upon consideration of Plaintiff Denise Freeman's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), her *pro se* Complaint, (ECF No. 2), and her Exhibits (ECF Nos. 4, 5, & 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. Any claims raised on behalf of Freeman's granddaughter are **DISMISSED WITHOUT PREJUDICE**; and

    b. Freeman's claims on her own behalf are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and for failure to comply with Federal Rule of Civil Procedure 8.

4. The Clerk is **DIRECTED** to close this matter.

                                              **BY THE COURT:**

                                              */s/ Joseph F. Leeson, Jr.*
                                              **JOSEPH F. LEESON, JR.**
                                              **United States District Judge**